In the Matter of Lists of Highway-Railroad Crossings at Grade, Located Wholly or Partly in the City of Buffalo, the Elimination of Which Is Suggested for Consideration in the Year 1929, Filed with the Public Service Commission by the Grade Crossing and Terminal Station Commission of the City of Buffalo.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JAMES R. DIXON, Appellant, v. TONY TALARICO, Respondent.— Motion to dismiss appeal granted, unless appellant is ready to argue the appeal on June fifth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN C. ZIMMERMAN and Another, Appellants, v. ROBERT C. TURNBULL and Another, Respondents, Impleaded with WILLIAM E. C. MERRIMAN and Others, Defendants.— Motion to dismiss appeal from order entered December 27, 1927, granted, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

BURT A. SMITH, Respondent, v. GLENN E. NYE and Another, Appellants.— Order entered by stipulation, modifying the order entered herein on March 27, 1929. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Committee on Character and Fitness of Applicants for Admission to the Bar, for the Seventh Judicial District.— Eugene Raines, an attorney and counselor at law, of Rochester, N. Y., is appointed as an additional member of said committee. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

## FIRST DEPARTMENT, JUNE, 1929.

THE WOMEN'S CHRISTIAN ASSOCIATION OF KANSAS CITY, MISSOURI, Appellant, v. UNITED STATES MORTGAGE AND TRUST COMPANY, Defendant, Impleaded with CLEO FERGUSON LOOSE, Respondent.

PER CURIAM. No ultimate facts are pleaded in the complaint. Specifically, the plaintiff fails to allege that the defendant Loose was ever unwilling to live with her husband or that said defendant in any respect failed to meet the requirements provided by subdivision (c) of article 7 of the last will and testament of Joseph Schull Loose, deceased, to entitle her to the income provided for her benefit in said will. The order appealed from should be affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days upon payment of said costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs.